**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24 – 62473 - JRS |
| | ) | |
| LAMAR DEANTE FLETCHER, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

---

**MOTION FOR ENTRY OF ORDER
APPROVING WAIVER OF DISCHARGE
AND DENYING DISCHARGE IN BANKRUPTCY CASE**

1. On November 22, 2024, Lamar Deante Fletcher ("Debtor") filed a voluntary bankruptcy petition in the Northern District of Georgia, Case No. 24-62473-JRS (the "Bankruptcy Case").

2. On February 26, 2025, the United States Trustee issued to Debtor, through his counsel, a request for production of documents and information regarding Debtor's financial condition and the circumstances surrounding the filing of his Bankruptcy Case.

3. Debtor executed the attached Waiver of Discharge and Consent to Entry of Order Denying Discharge.

WHEREFORE the United States Trustee moves the Court to enter an order approving the waiver of discharge and denying discharge to debtor in the Bankruptcy Case.

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

*s/ David S. Weidenbaum*
DAVID S. WEIDENBAUM
Georgia Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331 – 4705
david.s.weidenbaum@usdoj.gov