**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| INRE: | ) | CASE NO. 24- 62473 - JRS |
| | ) | |
| LAMAR DEANTE FLETCHER, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

---

**WAIVER OF DISCHARGE AND**
**CONSENT TO ENTRY OF ORDER DENYING DISCHARGE**

Lamar Deante Fletcher ("Debtor") waives his discharge in Bankruptcy Case No. 24-62473-JRS, stating as follows.

1. On November 22, 2024, I filed a voluntary bankruptcy petition in the Northern District of Georgia, Case No. 24-62473-JRS (the "Bankruptcy Case").

2. I have been named as a defendant in numerous adversary proceedings objecting to my discharge pursuant to 11 U.S.C. § 727(a) or to the dischargeability of certain debts pursuant to 11 U.S.C. § 523(a). These proceedings include but are not limited to: Adversary Proceeding Case No. 25-05031 White v. Fletcher; Adversary Proceeding Case No. 25-5042 Murphy v. Fletcher; Adversary Proceeding Case No. 25-05044 Hill v. Fletcher; and Adversary Proceeding Case No. 25-05055 Sans v. Fletcher. I do not admit to any of the allegations asserted in the proceedings to which I am a defendant.

3. The United States Trustee is reviewing the circumstances surrounding my case and has scheduled my examination pursuant to Fed. R. Bankr. P. 2004.

3. I am voluntarily waiving my discharge.

4. I have conferred with my attorney, Caitlyn Powers, Esq., regarding this waiver of discharge.

5. I understand the legal consequences of this waiver of discharge.

   A. I will not be discharged of debts that arose before the date of filing of the Bankruptcy Case.

   **B.** I will not be discharged of these debts in this Bankruptcy Case or in any subsequent bankruptcy case filed by or against me.

   C. This waiver allows the collection of debts but does not establish an admission of liability or amount of any debt.

6. I consent to entry of an order denying my discharge ("Consent Order").

7. I waive all rights to appeal the Consent Order.

8. I understand the United States Trustee will file a motion for court approval of this waiver and will submit the Consent Order for entry by the Court.

9. I understand that if the Court does not approve this waiver and enter the Consent Order, the United States Trustee may continue with the matter.

10. The United States Trustee has not made any representation, promise, or inducement or given or promised to give any other consideration of any kind whatsoever to Debtor or anyone else on Debtor's behalf for this written waiver of discharge.

Dated: _ _ _ _ _ _ _

Signed: Lamar Fletcher ___________________________

LAMAR DEANTE FLETCHER

I counseled Debtor regarding this waiver
and verified the Debtor's signature(s)
on this document:

_______________________________________

Caitlyn Powers Esq.
Geo 1a Bar No. 856354
Rountree Leitman Klein & Geer, LLC
2987 Clairmont Road
Suite 350
Atlanta, GA 30329
(404) 584-1238
cpowers@rlkglaw.com

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Fletcher Waiver Form Redlines.pdf |
| **File name** | Fletcher%20Waiver%20Form%20Redlines.pdf |
| **Document ID** | 8ad3910300157869ca97c6fd0844787ccf84a46a |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **07 / 21 / 2025**<br>13:55:25 UTC | Sent for signature to Lamar Fletcher (lamarfle@gmail.com)<br>from cpowers@rlklawfirm.com<br>IP: 12.70.10.245 |
| VIEWED | **07 / 21 / 2025**<br>14:38:44 UTC | Viewed by Lamar Fletcher (lamarfle@gmail.com)<br>IP: 146.75.232.188 |
| SIGNED | **07 / 21 / 2025**<br>14:39:07 UTC | Signed by Lamar Fletcher (lamarfle@gmail.com)<br>IP: 146.75.232.188 |
| COMPLETED | **07 / 21 / 2025**<br>14:39:07 UTC | The document has been completed. |